IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

F I L E D
JUL - 3 2013
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| DYNEX/RIVETT, INC., | ) | |
| Plaintiff, | ) ) ) | |
| | ) | Case No. 1:12-cv-00707-GBL-TCB |
| v. | ) ) | |
| HAMPIDJAN USA, INC., and HAMPIDJAN Hf, | ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) | |

## CONSENT ORDER TO MODIFY SCHEDULING ORDER

The parties hereby stipulate, agree and consent, subject to the Court's approval, to a partial modification to the March 20, 2013 Scheduling Order and the related April 9, 2013 Scheduling Order by setting back certain of the remaining scheduled dates by approximately sixty-five (65) days, as detailed in the chart below. As grounds for this modification, the parties state as follows:

- The Court's Scheduling Orders set, *inter alia*, discovery-related deadlines, the next of which is the July 9, 2013 deadline for serving the last allowed additional written discovery.

- In further response to Plaintiff's March 27, 2013 Document Requests, which requested, *inter alia*, communications from at least the year 2000 to June 29, 2012, defendants have collected and are now in the process of reviewing approximately 70 gigabytes of e-mails with attachments from Iceland in order to exclude any privileged documents and determine what documents will be produced to plaintiff's counsel. Defendants have agreed to produce the documents by July 8, 2013, the time it will

take their outside vendor to electronically analyze the documents and to produce the documents to plaintiff. It is believed that the document production will be in excess of 30,000 documents.

- The parties recognize that, due to the rapidly approaching discovery deadlines, plaintiff's counsel will need time beyond the discovery deadlines in the present Scheduling Order in order to (1) review the approximately 30,000 plus documents after July 8, 2013; (2) to thereafter utilize the new information in connection with plaintiff's final written discovery requests to defendants, which under the present Scheduling Order are required to be submitted by no later than July 9, 2013; (3) to identify additional persons to be deposed by plaintiff based on such additional documents; (4) to use such additional documents in depositions with witnesses already identified by plaintiff for deposition; (5) depending on the documents, to identify any appropriate third-party discovery; and (6) depending on the documents, to use the documents in any expert discovery.

Accordingly, additional time is necessary for the completion of various aspects of plaintiff's remaining discovery. The time requested is approximately the number of days since the original May 2, 2013 document production.

Furthermore, the parties wish to call to the Court's attention that counsel for plaintiff has experienced the disadvantage of the extended hospitalization and now continuing out-of-office recovery (due to complications of pregnancy) of Molly McKinley, the attorney who had taken lead role in this litigation. Her extended absence still continues and was not anticipated. While plaintiff's counsel has other counsel working on the case, plaintiff's counsel are from a small firm

which has made the extended absence of a key attorney particularly problematic.

In view of all of the above circumstances, the parties jointly request that the remaining scheduling in this case be modified as follows:

| Description | Current Deadline | Requested Deadline |
|---|---|---|
| Defendants' expert disclosures | Friday, July 12, 2013 | no change |
| Last day to serve discovery | Tuesday, July 9, 2013 | Thursday, September 12, 2013 |
| Plaintiff's expert rebuttal | Friday, July 19, 2013 | no change |
| Defendants' expert rebuttal | Friday, July 26, 2013 | no change |
| Discovery to be completed | Friday, August 9, 2013 | Monday, October 14, 2013 |
| Exchange of trial exhibits | Wednesday, August 14, 2013 | Friday, October 18, 2013 |
| Final pretrial conference | Thursday, August 15, 2013 | Monday, October 21, 2013 |
| Pretrial disclosures pursuant to Fed.R.Civ.P. 26(a)(3) and 26(a)(5), and including lists of exhibits and witnesses and stipulation of uncontested facts | Thursday, August 15, 2013 | Monday, October 21, 2013 |
| Dispositive motions deadline | Thursday, August 22, 2013 | Monday, October 28, 2013 |
| Objections to exhibits | Monday, August 26, 2013 | Thursday, October 31, 2013 |
| Proposed jury instruction and voir dire questions | | TBD |
| Submission of original exhibits to the clerk | | TBD |
| Trial | | TBD |

The parties respectfully submit that good cause has been shown for the requested modification of the Scheduling Order and request entry of this order.

Dated: July 3, 2013.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

~~Gerald Bruce Lee~~ Theresa C Buchanan
United States ~~District Court Judge~~ Magistrate Judge

Respectfully submitted,

DYNEX/RIVETT, INC.

/s/
Theodore A. Breiner
BREINER & BREINER, L.L.C.
115 North Henry Street
Alexandria, VA 22314
703-684-6885
tbreiner@bbpatlaw.com

Peter N. Jansson
Molly Hogan McKinley
JANSSON MUNGER
McKINLEY & SHAPE LTD.
245 Main Street
Racine, Wisconsin 53403
262-632-6900
pjansson@janlaw.com
mmckinley@janlaw.com

HAMPIDJAN USA, INC.,
HAMPIDJAN Hf

/s/
Edward A. Pennington
John P. Pennington
Sean T.C. Phelan (*pro hac vice*)
SMITH, GAMBRELL & RUSSELL, LLP
1055 Thomas Jefferson, St., N.W., Suite 400
Washington, D.C. 20009
202-263-4300
epennington@sgrlaw.com
jpennington@sgrlaw.com
sphelan@sgrlaw.com