IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DYNEX/RIVETT, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:12-cv-00707-GBL-TCB |
| v. ) | |
| ) | |
| HAMPIDJAN USA, INC., and ) | |
| HAMPIDJAN Hf, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT PURSUANT TO RULE 68

Pursuant to Federal Rule of Civil Procedure 68, JUDGMENT IS HEREBY ENTERED in favor of plaintiff, Dynex/Rivett, Inc. ("Dynex/Rivett"), and against defendants, Hampidjan USA, Inc. and Hampidjan Hf (collectively "Hampidjan"), as follows:

1. Hampidjan will refrain from using the mark "DYNEX" or any other mark confusingly similar to Dynex/Rivett's registered "DYNEX" mark in the United States.

2. Hampidjan will pay to Dynex/Rivett the amount of five hundred dollars ($500.00) exactly as payment for all costs and all attorneys' fees.

3. Dynex/Rivett agrees to release Hampidjan from any past infringement with respect to Hampidjan's use of the "DYNEX" mark in the United States.

IT IS FURTHER ORDERED THAT, all claims, defenses and counterclaims asserted in the above-captioned action are dismissed with prejudice.

November 7, 2013

/s/
Gerald Bruce Lee
United States District Judge