IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| DYNEX/RIVETT INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:12-cv-00707-GBL-TCB |
| | ) | |
| HAMPIDJAN USA INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

THIS MATTER is before the Court on Plaintiff's Motion to Enforce the Consent Judgment and for Contempt Sanctions, and for Limited Enforcement-Related Discovery (Doc. 32). Oral argument was held on the motion on December 9, 2014. The Court has questions of law and fact regarding the parties' interpretations of the Court's November 7, 2013 Order (Doc. 30) and the state of Plaintiff's compliance with the Order between May 2014 and when the instant motion was filed. Accordingly, it is hereby

**ORDERED** that the parties have until March 9, 2015 to complete discovery on the issue of Defendants' compliance with the Court's November 7, 2013 Order; and it is further

**ORDERED** that the parties brief the issue of whether the appearance of the DYNEX mark, or any other mark confusingly similar thereto, on a website, Facebook page, LinkedIn page, press release, or any other media accessible in the United States is prohibited by the Court's November 7, 2013 Order according to the following schedule:

- Defendants' brief must be filed by January 26, 2015 at 5:00 PM;
- Plaintiff's response must be filed by February 17, 2015 at 5:00 PM; and
- Defendants' reply must be filed by February 24, 2015 at 5:00 PM; and it is further

1

**ORDERED** that a hearing on Plaintiff's Motion to Enforce the Consent Judgment and for Contempt Sanctions, and for Limited Enforcement-Related Discovery will be held on **April 8, 2015** and **April 9, 2015**. The Court will sit from 10:00 AM until 5:00 PM. The lunch recess will be from 1:00 PM to 2:00 PM.

**IT IS SO ORDERED.**

**ENTERED** this 10th day of December, 2014.

Alexandria, Virginia
12/10/2014

/s/
Gerald Bruce Lee
United States District Judge