THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DYNEX/RIVETT, INC.,<br>  Plaintiff,<br>v.<br><br>Hampidjan USA, Inc. and Hampidjan Hf,<br>  Defendants. | Civil Action No. 1:12-cv-707-GBL-TCB |

## NOTICE OF WITHDRAWAL OF MOTION TO DISQUALIFY PLAINTIFF'S COUNSEL, MR. ERIC JANSSON UNDER VIRGINIA RULE OF PROFESSIONAL CONDUCT 3.7

PLEASE TAKE NOTICE that Defendants Hampidjan hf and Hampidjan USA, Inc hereby withdraw their Motion to Disqualify Plaintiff's Counsel, Mr. Eric Jansson, Under Virginia Rule of Professional Conduct 3.7 and request that the hearing regarding the same, currently on the Court's docket for Friday, December 19, 2014, be removed.

Respectfully submitted,

Date: December 12, 2014

/s/ Edward A. Pennington
Edward A. Pennington (VSB No. 23511)
John P. Pennington (VSB No. 82512)
Sean T.C. Phelan (*pro hac vice*)
SMITH, GAMBRELL & RUSSELL, LLP
1055 Thomas Jefferson Street, N.W.
Suite 400
Washington, D.C. 20007
Tel: (202) 263-4360
Fax: (202) 263-4348
epennington@sgrlaw.com
jpennington@sgrlaw.com
sphelan@sgrlaw.com

*Attorneys for Defendants Hampidjan USA, Inc. and Hampidjan Hf*

1

**CERTIFICATE OF SERVICE**

      I hereby certify that, on this 12th day of December, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Theodore Adam Breiner
BREINER AND BREINER LLC
115 N Henry St
Alexandria, VA 22314-0290
(703) 684-6885
tbreiner@bbpatlaw.com

Peter N. Jansson
Molly H. McKinley
Eric V.C. Jansson
JANSSON SHUPE & MUNGER, LTD.
245 Main
St. Racine, WI 53403
pjansson@janlaw.com
mmckinley@janlaw.com
ejansson@janlaw.com

*Attorneys for Plaintiff Dynex/Rivett, Inc.*

      /s/ Edward A. Pennington
Edward A. Pennington (VSB No. 23511)
John P. Pennington (VSB No. 82512)
Sean T.C. Phelan (*pro hac vice*)
SMITH, GAMBRELL & RUSSELL, LLP
1055 Thomas Jefferson Street, N.W.
Suite 400
Washington, D.C. 20007
Tel: (202) 263-4360
Fax: (202) 263-4348
epennington@sgrlaw.com
jpennington@sgrlaw.com
sphelan@sgrlaw.com

*Attorneys for Defendants Hampidjan USA, Inc. and Hampidjan Hf*

*641066*